IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BENNIE BROWN,

      Plaintiff,

vs.	Case No. 5:08-CV-191-SPM/AK

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

      Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 14). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 14) is *adopted* and incorporated by reference in this order.

2. Plaintiff's motion to dismiss (doc. 13) is hereby *granted*.

3. This case is *dismissed without prejudice*

4. The clerk is directed to close this case.

DONE AND ORDERED this <u>second</u> day of March, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge